**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Heliodoro GONZALEZ–RODRIGUEZ,**
**Defendant–Appellant.**

No. 04–2397.

United States Court of Appeals,
Seventh Circuit.

May 30, 2006.

Larry Beaumont, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Richard H. Parsons, Andrew J. McGowan, Jonathan E. Hawley, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before Hon. KENNETH F. RIPPLE, Hon. DANIEL A. MANION, and Hon. DIANE P. WOOD, Circuit Judges.

ORDER

Heliodoro Gonzalez–Rodriguez pleaded guilty to conspiracy to possess 250 kilograms of cocaine with intent to distribute in violation of 21 U.S.C. §§ 841(a), 846. He argued for the first time on appeal that the district court erred by applying the sentencing guidelines as mandatory. *See United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). We remanded to ask whether the judge would have imposed a lesser sentence had he known that the guidelines were advisory.

*See United States v. Paladino*, 401 F.3d 471, 483–84 (7th Cir.2005). The judge said he "likely would not have imposed as severe a sentence." Therefore we VACATE Gonzalez–Rodriguez's sentence and REMAND for resentencing.